UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. CHAVERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>WASHINGTON STATE PENTITENTIARY; WSP SUPERINTENDENT HOLBROOK; DOC MEDICAL DIRECTOR HAMMOND; CI BUILDING MANAGER BRAD SANDAU,<br><br>　　　　　Defendants. | No.  CV-12-5008-JTR<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　Before the Court is Magistrate Judge Rodgers' September 24, 2013, Report and Recommendation to Grant Defendants' Motion for Summary Judgment.  ECF No. 88.  Plaintiff John R. Chavers appears *pro se*. Defendants are represented by Candie M. Dibble and Joseph T. Edwards. On October 29, 2013, Plaintiff filed a pleading the Court construes as an objection to the Report and Recommendation.  ECF No. 91.

　　　The Court has liberally reviewed Plaintiff's submission in the light most favorable to Plaintiff and finds that it fails to present any reasonable objections to the September 24, 2013 Report and Recommendation to Dismiss.  The Court concludes the Magistrate Judge's findings are correct in this case.  Therefore, the Court adopts the

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Report and Recommendation in its entirety and dismisses this action with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Rodgers' Report and Recommendation, **ECF No. 88.**
2. Defendants' Motion for Summary Judgment, **ECF No. 65**, is **GRANTED**.
3. Plaintiff's Amended Complaint, **ECF No. 10**, is **DISMISSED WITH PREJUDICE**.
4. All hearings and other deadlines are **STRICKEN**.
5. **JUDGMENT** shall be **ENTERED** for **DEFENDANTS**.
6. This file shall be **CLOSED.**
7. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide a copy to Plaintiff, counsel for Defendants, and Magistrate Judge Rodgers.

DATED this 19th day of November 2013.

_____s/ Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2012\5008.Chavers.Order Adopting R&R.docx

ORDER ADOPTING REPORT AND RECOMMENDATION - 2