UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. CHAVERS,<br><br>                    Plaintiff,<br><br>          v.<br><br>WASHINGTON STATE PENITENTIARY,<br><br>                    Defendant. | No. 2:12-CV-5008-EFS<br><br>**ORDER DISMISSING CASE** |

On April 21, 2016, the parties filed a stipulated dismissal, ECF No. 186. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion of Dismissal, **ECF No. 186**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Mr. Chavers and counsel.

**DATED** this   22nd   day of April 2016.

                              s/Edward F. Shea
                            EDWARD F. SHEA
                  Senior United States District Judge

Q:\EFS\Civil\2012\5008.dismiss.stip.lc1.docx

ORDER DISMISSING CASE - 1